IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Winthrop University Real Estate Foundation, Inc.; and Cody's Inc., | ) ) ) | C/A No. 0:07-651-JFA |
| Plaintiffs, | ) ) | |
| v. | ) ) | ORDER |
| CBM Environmental Services, Inc., | ) ) | |
| Defendant. | ) ) | |

By previous order [dkt. # 132], this court has required the defendant to produce certain information regarding the extent of insurance coverage available in this case and the reasons, if any, why such coverage might have been denied by the insurance carrier. The insurance carrier, Steadfast Insurance Company, has moved to vacate [dkt. # 136] that portion of the order requiring it to provide reasons for the denial of coverage and filed an objection [dkt. #151] to the plaintiffs' subpoena seeking information concerning the denial of insurance coverage.

At the commencement of trial on December 2, 2009, the plaintiffs formally withdrew their request for information regarding the coverage denial. Accordingly, Steadfast Insurance Company's motion to vacate [dkt. # 136] and its objection to the plaintiffs' subpoena [dkt. # 151] are now moot and may be removed from the docket. The insurance carrier shall not be required to furnish any additional information in this litigation.

IT IS SO ORDERED.

December 3, 2009
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge